# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| PSM IP LIMITED, a British Virgin Islands Corp., <br><br> Plaintiff, <br><br> v. <br><br> PENINSULA COMPONENTS, INC. d/b/a PENCOM, <br><br> Defendant. | Case No.: 3:08-cv-00135-RJC |

## ORDER TRANSFERRING VENUE

Presently before the Court is Defendant Pencom's "Motion to Transfer Location of Trial to the Northern District of California, San Francisco Division" pursuant to 28 U.S.C. § 1404(a), which allows a district court to transfer a case to any other district in which it might have been brought, for the convenience of the parties and in the interest of justice. (Doc. No. 15). Plaintiff PSM consents to the transfer. (Doc. No. 18).

Having reviewed the record in this case, and the applicable law, the Court finds that Defendant Pencom has met its burden of establishing that the transferee forum is clearly more convenient for the parties and that transfer is otherwise warranted in this case.

**THEREFORE, IT IS HEREBY ORDERED** that Defendant's motion to transfer venue (Doc. No. 15) **BE GRANTED**. The Clerk of Court is directed to transmit the case file to the United States District Court for the Northern District of California, San Francisco Division, and to close the file in this action.

1

Signed: July 17, 2008

Robert J. Conrad, Jr.
Chief United States District Judge